1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                  Plaintiff,<br><br>v.<br><br>RAUL RITCHIE (1),<br>PABLO RITCHIE (2),<br><br>                                  Defendants. | Case No.  22-CR-00328-CAB<br><br>**ORDER AND JUDGMENT ON GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT** |

Upon motion of the United States of America and pursuant to Rule 48(a), Federal Rules of Criminal Procedure,

IT IS HEREBY ORDERED that the motion to dismiss the Indictment is granted. The above-entitled case is hereby dismissed without prejudice.

IT IS FURTHER ORDERED the bonds for each defendant are exonerated.


IT IS SO ORDERED.


DATED: May 19, 2022                    _____

                                       HON. CATHY ANN BENCIVENGO
                                       United States District Court Judge